BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM J. EDELMAN (CABN 285177)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7265
    Fax: (415) 436-7234
    E-mail: william.edelman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-12-00806-LB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE |
| v. | |
| KEVIN KELLEY, | |
| Defendant. | |

      The above-captioned matter is currently set for a status hearing before the Court April 7, 2016, at 11:00 a.m. regarding a pending Form 12 (ECF No. 28). Defense counsel has been summoned for jury duty that date, and is unavailable. Subject to the Court's approval, the parties have agreed to continue the status hearing one week to April 14, 2016, at 11:00 a.m. Undersigned counsel has communicated with Mr. Kelley's Probation Officer, who has no objection to the proposed continuance.

      This is the first proposed continuance of the status date. The proposed change to this matter's schedule is therefore as follows:

STIP. TO CONTINUE HEARING DATE
NO. CR-12-00806-LB

| Event | Current Date | Proposed Date |
|---|---|---|
| Status hearing on pending Form 12 | April 7, 2016, 11:00 a.m. | April 14, 2016, 11:00 a.m. |

DATED: April 6, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

By: ___/s/___
WILLIAM J. EDELMAN
Special Assistant United States Attorney

DATED: April 6, 2016

Respectfully submitted,

___/s/___
CANDIS MITCHELL
Counsel for Defendant Kevin Kelley

**[PROPOSED] ORDER**

Good cause having been shown, the status hearing currently scheduled for April 7, 2016 is continued to ~~April 14, 2016, at 11:00 a.m.~~ April 21, 2016 at 11:00 a.m.

IT IS SO ORDERED.

DATED: April 7, 2016

HONORABLE LAUREL BEELER
United States Magistrate Judge

STIP. TO CONTINUE HEARING DATE
NO. CR-12-00806-LB